# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

132963

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAWRENCE W. BEACOM,
      Plaintiff-Appellee,

v

SC: 132963
COA: 271139
WCAC: 04-000175

LAMB TECHNICON and INSURANCE
COMPANY OF NORTH AMERICA,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

t0319